CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 29 2007

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAVIER LEDESMA GONZALEZ, ) | | |
| Petitioner, ) | Civil Action No. 7:06cv00699 | |
| ) | | |
| v. ) | **FINAL ORDER** | |
| ) | | |
| UNITED STATES OF AMERICA, ) | By: Samuel G. Wilson | |
| Respondent. ) | United States District Judge | |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Gonzalez's § 2255 motion is **DENIED** and this action is **STRICKEN** from the active docket of the court.

Gonzalez is advised that he may appeal the denial of his motion pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 30 days of the date of entry of this Order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the petitioner.

**ENTER:** This 29th day of January, 2007.

_____
United States District Judge